Marguerite Romeo, Respondent, v. Vincenzo Romeo, Appellant.— Order modified by striking out the direction for alimony *pendente lite*, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Hirschberg, J., voted for affirmance.

Anna M. Wardenburg and George J. Wardenburg, as Trustees, etc., Respondents, v. Julius Hones, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Rebecca Baff, Respondent, v. Sep Elias, Appellant.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Barwin Realty Company, Respondent, v. Union Stove Works, Appellant.— Motion for leave to appeal to the Court of Appeals granted, questions certified and order signed. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

August. Bohnhoff, Respondent, v. Henry C. Fischer and Another, Appellants.— Motion to compel acceptance of notice of argument granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

August Bohnhoff, Respondent, v. Henry C. Fischer and Another, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Thomas Bratton, Respondent, v. Henry Steers, Inc., Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Commercial Trust Company of New York, Respondent, v. Walter A. Peck and Others, Defendants, Impleaded with Maria A. Bird, Appellant. — Motion to compel counsel to accept service of notice of appeal granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Commercial Trust Company of New York, Respondent, v. Walter A. Peck and Others, Defendants, Impleaded with Maria A. Bird, Appellant. — Motion to dismiss appeal from order denying motion for extension of time in which to serve case on appeal denied, without costs, without prejudice to renew. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Easton Furniture Manufacturing Company, Appellant, v. Bertha Caminez, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Louis G. Engel, Plaintiff, v. Barbara Lauer and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Judicial Settlement of the Account of Phoebe A. D. Boyle and Another, Executors, etc., of John Boyle, Deceased.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of George Bradshaw for Admission to